IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TAJI JEMAL LEE, :
    Plaintiff : No. 1:16-cv-02154
     :
    v. : (Judge Kane)
     :
CORIZON HEALTH, INC., et al., : (Magistrate Judge Mehalchick)
    Defendants :

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Before the Court is the August 16, 2017 Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 39), in which she recommends that Plaintiff Taji Jemal Lee's motion for leave to file an amended complaint (Doc. No. 25), be granted and that Defendants' motions to dismiss (Doc. Nos. 5, 9, 22), be dismissed without prejudice as moot. No timely objections have been filed. **ACCORDINGLY**, on this 12th day of September 2017, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 39);

2. Plaintiff Taji Jemal Lee's motion for leave to file an amended complaint (Doc. No. 25), is **GRANTED**;

3. Plaintiff's amended complaint, docketed as "Proposed Document re: Draft of Amended Complaint" (Doc. No. 28), is deemed filed as of this date;

4. Defendants' motions to dismiss (Doc. Nos. 5, 9, 22), are **DISMISSED WITHOUT PREJUDICE AS MOOT**;

5. The Clerk of Court is directed to **TERMINATE** Defendants Corizon Health, Inc. and Prison Health Services, Inc. from the caption of this action;

6. The Clerk of Court is directed to **ADD** Wexford Health Services and Correct Care Solutions, LLC as Defendants to the caption of the docket; and

1

7. The above-captioned action is recommitted to Magistrate Judge Mehalchick for further pretrial management.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
