# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAJI JEMAL LEE, | : | Civil No. 1:16-CV-02154 |
| Plaintiff, | : | |
| v. | : | Magistrate Judge Karoline Mehalchick |
| CORIZON HEALTH, INC, *et al.* | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 15th day of July, 2020, upon consideration of Defendants John Steinhart and Karen Holly's motion for summary judgment, Doc. 78, the report and recommendation of United States Magistrate Judge Karoline Mehalchick, Doc. 96, and Defendants' objections thereto, Docs. 98 & 99, and for the reasons set forth in the accompanying memorandum of law, **IT IS ORDERED** that:

1) The court **ADOPTS** the report and recommendation in full. (Doc. 96.)

2) Plaintiff's motion to reopen discovery or to defer ruling on the motion for summary judgment pursuant to Rule 56(d), Doc. 82, is **DENIED**.

3) Defendants' motion for summary judgment, Doc. 78, is **GRANTED IN PART** and **DENIED IN PART**. Specifically, summary judgment is **GRANTED** as to Plaintiff's Eighth Amendment and medical malpractice claims against Defendant Steinhart, and Plaintiff's medical malpractice

claim against Defendant Holly. The motion for summary judgment is **DENIED** as to Defendants' affirmative defense of failure to exhaust administrative remedies and Plaintiff's Eighth Amendment claim against Defendant Holly.

4) Defendant Steinhart is terminated from this action.

5) The case is remanded to United States Magistrate Judge Karoline Mehalchick for further proceedings.

                                       s/Jennifer P. Wilson
                                       JENNIFER P. WILSON
                                       United States District Court Judge
                                       Middle District of Pennsylvania